Motion set for hearing on 8/7/12 at 3:00 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:11-00204 |
| ) | JUDGE TRAUGER |
| ) | |
| MANILA VICHITVONGSA ) | |
| a/k/a MANEE VICHITVONGSA ) | |

MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL

Comes Ronald C. Small and Dumaka Shabazz, Assistant Federal Public Defenders, who presently being counsel of record for defendant Manila Vichitvongsa in the above-captioned matter and pursuant to local criminal rule 83.01(g) of the Local Rules of the Court for the Middle District of Tennessee and the Fifth and Sixth Amendments of the Constitution of the United States, respectfully moves this Honorable Court for entry of an order granting them leave to withdraw as counsel of record in the instant proceeding and for appointment of new counsel to represent the defendant. In support of the foregoing motion, it is respectfully represented to the Court as follows:

1. On October 11, 2011, the Office of the Federal Public Defender for the Middle District of Tennessee was appointed to represent Mr. Vichitvongsa in case No. 3:11-00204. Subsequently, on February 13, 2012, this office was appointed in case number 3:12-00013 to represent Mr. Vichitvongsa in a new indictment. The undersigned was specifically assigned to represent Mr. Vichitvongsa as lead counsel of record. On March 16, 2012, Assistant Federal Public Defender Dumaka Shabazz also entered his appearance as attorney of record to represent Mr. Vichitvongsa in both cases.

2. On July 30, 2012, Mr. Vichitvongsa telephoned my office expressing his desire that I withdraw as his counsel and that he totally lacked confidence in counsel's ability to represent him in both cases. Mr. Vichitvongsa called and left another message this same date reiterating that he did not want counsel to represent him any further in his cases. Among the reasons that