IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:11-00204 |
| ) | Judge Trauger |
| [1] MANILA VICHITVONGSA, a/k/a Manee ) | |
| Vichitvongsa ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing scheduled for January 31, 2013 is **RESET** for Tuesday, January 29, 2013, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge