IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 3:11-00204-1 |
| v. | ) | Aleta A. Trauger |
| | ) | U.S. District Court Judge |
| | ) | |
| MANILA VICHITVONGSA | ) | |
| a/k/a MANEE VICHITVONGSA. | ) | |

==Motion GRANTED. Hearing reset for 6/23/14 at 11:00 a.m.==

## MOTION TO CONTINUE

Comes Now the Defendant, through his attorney, Luke A. Evans and moves this Honorable Court for a continuance of his sentencing hearing currently scheduled at 3:00 p.m. on April 18, 2014. In support of this request, the Defendant states as follows:

1. The Defendant is set for trial with the Defendant in different matter, namely *U.S. v. Manila Vichitvongsa*, et al. 3:12-00013, before Judge Campbell on April 29, 2014. In that case Mr. Vichitvongsa is charged in an eight count indictment, along with seven co-defendants, with multiple violations of 18 U.S.C. §§1951 and 2, 18 U.S.C. §§ 924(c) and 2 and 21 U.S.C. §§ 846 and 2. The alleged conduct that led to this indictment will undoubtedly be pursued by the Government in the sentencing hearing in this case as relevant conduct that bears on the Defendant's sentence. It is also anticipated that there will be substantial overlap regarding anticipated government witnesses in both proceedings. It is anticipated that the matter before Judge Campbell will proceed as scheduled.