Motion GRANTED. Sentencing hearing is RESET for 8/13/14 at 2:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 3:11-00204-1 |
| v. ) | Aleta A. Trauger |
| ) | U.S. District Court Judge |
| ) | |
| MANILA VICHITVONGSA ) | |
| A/K/A MANEE VICHITVONGSA. ) | |

## MOTION TO CONTINUE

Comes now the Defendant, through his attorney, Luke A. Evans and moves this Honorable Court for a continuance of his sentencing hearing currently scheduled at 11:00 a.m. on June 23, 2014. In support of this request, the Defendant states as follows:

1. The Defendant is set for trial in a different matter, namely *U.S. v. Manila Vichitvongsa*, et al. 3:12-00013, before Judge Campbell on July 8, 2014. In that case, Mr. Vichitvongsa is charged in an eight count indictment, along with seven co-defendants, with multiple violations of 18 U.S.C. §§ 1951 and 2, 18 U.S.C. §§ 924(c) and 2 and 21 U.S.C. §§ 846 and 2. The alleged conduct that led to this indictment will undoubtedly be pursued by the Government in the sentencing hearing in this case as relevant conduct that bears on the Defendant's sentence. It is also anticipated that there will be substantial overlap regarding anticipated government witnesses in both proceedings. It is anticipated that the matter before Judge Campbell will proceed as scheduled.

2. Additionally, Counsel continues to engage in plea discussions that , if successful, would not only resolve the issues in the matter before Judge Campbell but would also resolve the issues pending before this Court. Therefore, in the interest of